LAMBERT MOETTER v. COMMISSIONER OF HIGHWAYS FOR THE TOWNSHIP OF GROSSE POINTE.

*Notice of proceedings to lay out a highway.*

Proceedings to lay out a highway are defective if the highway commissioner's report to the township clerk does not show that notice of the application therefor, and of a hearing upon it, had been given to the parties interested; and even if proof of notice has been duly filed, the proceedings are fatally defective if the report does not show when the hearing took place, since it would not show that the commissioner took action on the day fixed in the notice for the hearing, and therefore would not show that parties interested had a chance to be heard.

Certiorari to Highway Commissioner. Submitted October 31. Decided November 21.

*Otto Kirchner* for plaintiff in certiorari.

COOLEY, J. This is a proceeding to review the action of the respondent in laying out a highway. Two defects appear in the action taken.

1. The report of the commissioner filed with the township clerk did not show that notice of the application and of a hearing upon it had been given to the parties interested. The commissioner now shows, however, by his return to this writ, that notice was given in due form.

2. The report as filed does not show when the hearing took place. It would therefore be fatally defective, even had proof of notice been duly filed, because it does not show that the commissioner's action took place on the day fixed in the notices for the hearing, and does not, therefore, show that the parties interested had an opportunity to be heard.

The proceedings must be quashed, but without costs.

The other Justices concurred.